# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163146(54)

DOCK FARISH, KEBEH GIBSON, MILLIE
NICHOLS, and All Others Similarly Situated,
Plaintiffs-Appellants,

v

DEPARTMENT OF TALENT AND ECONOMIC
DEVELOPMENT, TALENT INVESTMENT
AGENCY, UNEMPLOYMENT INSURANCE
AGENCY, DIRECTOR OF DEPARTMENT OF
TALENT AND ECONOMIC DEVELOPMENT,
DIRECTOR OF TALENT INVESTMENT
AGENCY, and ACTING DIRECTOR OF
UNEMPLOYMENT INSURANCE AGENCY,
Defendants-Appellees.

SC: 163146
COA: 350866
Ct of Claims: 17-000035-MZ

_____/

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 3, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2021



Clerk